Clemens Turluk, appellee, v. Morris Hackin, administrator, et al., appellants. Gen. No. 27,372.

Action for unlawfully withholding premises, plaintiff claiming assignment of lease, validity of said assignment being in issue. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed. Opinion filed February 16, 1923.

Michael J. Quan, for appellants. Vincent G. Gallagher, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Janet S. Kenyon, appellee, v. John Pritchard and Justus Brunner, trading as Dixie Highway Market, appellants. Gen. No. 27,398.

Suit of trespass on the case, where plaintiff was struck by an automobile truck, alleged to have been operated negligently and in defiance of speed ordinance and statutes as to brakes and signals. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed February 16, 1923.

Lurie & Fishell, for appellants. John Early, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

A. Klipstein & Company, appellant, v. Charles T. Morrissey, trading as Charles T. Morrissey & Company, appellee. Gen. No. 27,407.

Suit for price of goods supplied. Plea of set-off on ground said goods were unfit for use. Allegation of promise by defendant to make loss good if plaintiff failed to recover from railway company. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Theodore T. Ehler, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed. Opinion filed February 16, 1923.

Hoyne & O.'Connor, for appellant. Charles W. Stiefel, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Clara McMahon, trading as Mme. Simcox, appellee, v. William A. Hofnauer, appellant. Gen. No. 27,416.

Action for price of merchandise delivered. Statement of claim filed. Defense that goods were not as contracted for and were unfit for use. Defendant's affidavit of merits stricken and judgment against him by default. Motion in arrest of judgment overruled. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed February 16, 1923. Rehearing denied March 1, 1923.

Richard J. Cooney and John A. Verhoeven, for appellant. Eastman, White & Hawxhurst, for appellee; Julius J. Hoffman, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

John Harker, appellant, v. Louis Kovalchick, appellee. Gen. No. 27,434.

Suit for damages for personal injuries sustained by collision be-